UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA GRANOVSKY,

        Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, *et al.*,
        Defendants.

20-CV-914 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, New York County, on February 3, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than February 25, 2020.

  Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by February 18, 2020.

  SO ORDERED.

Dated: February 4, 2020
   New York, New York

_____
J. PAUL OETKEN
United States District Judge